UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ERIC STEVENSON,                                          21-CV-5065 (AT) (JLC)

                        Plaintiff,            **NOTICE OF MOTION**

      - against -

MAYOR BILL DE BLASIO, et al.,

                        Defendants.
------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law in support of their motion for dismissal pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), dated November 3, 2021, Defendants, Mayor Bill de Blasio, the Speaker of the New York City Council, the New York City Council, and the Commissioners of New York City Board of Elections ("BOE"), will move in this Court, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date and at a time to be designated by the Court, for an Order dismissing the Amended Complaint in its entirety and granting Defendants such other and further relief as the Court deems just and proper.

-2-

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall serve and file any opposition papers by December 3, 2021.

Dated:  New York, New York
        November 3, 2021

                                         **GEORGIA M. PESTANA**
                                         Corporation Counsel of the
                                          City of New York
                                         Attorney for Defendants
                                         100 Church Street, 2nd Floor
                                         New York, New York  10007
                                         (212) 356-0885

                             By:           /s/
                                         Copatrick Thomas
                                         Assistant Corporation Counsel

To:    Eric Stevenson
         Plaintiff
         1261 Chisholm Street
         Bronx, New York 10456
         (via UPS Overnight Mail)