**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ERIC STEVENSON,

                Plaintiff,

-against-                                21 **CIVIL** 5065 (AT(JLC)
                                                **<u>JUDGMENT</u>**

MAYOR BILL DE BLASIO, et al,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated August 17, 2022, Court ADOPTED the R&R in its entirety, and Defendants' motion to dismiss the Amended Complaint is GRANTED; the Amended Complaint is DISMISSED with prejudice; Plaintiff's motion for an extension of time to file a second amended complaint, Pl. Mot., is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

      August 17, 2022

                                                  **RUBY J. KRAJICK**
                                                   _____
                                                      **Clerk of Court**
                               **BY:**
                                                      _____
                                                      **Deputy Clerk**