UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC STEVENSON,

                Plaintiff,

-against-

MAYOR BILL DE BLASIO; CITY OF NEW YORK COUNCIL SPEAKER; CITY COUNCIL OF NEW YORK; COMMISSIONER OF THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/19/2022

21 Civ. 5065 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On September 14, 2022, Plaintiff filed a letter motion for an extension of time to file a notice of appeal in this action. ECF No. 31. That same day, Plaintiff also filed his notice of appeal. ECF No. 32. Plaintiff's appeal was sent to the Second Circuit on September 16, 2022. Accordingly, Plaintiff's request for an extension of time is DENIED as moot.

      The Clerk of Court is directed to terminate the motion at ECF No. 31.

      SO ORDERED.

Dated: September 19, 2022
       New York, New York

ANALISA TORRES
United States District Judge